IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01832-CMA-KLM

WILLIAM LONG HALE,

    Plaintiff,

v.

THE GOVERNOR OF THE GREAT STATE OF COLORADO,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff William Long Hale initiated this action by filing *pro se* a Complaint. The Court must construe the Complaint liberally because Mr. Hale is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall,* 935 F.2d at 1110. For the reasons stated below, Mr. Hale will be ordered to file an amended complaint.

The Court has reviewed the Complaint and has determined that the Complaint is deficient. First, Mr. Hale has not used the appropriate complaint form for a *pro se* litigant as required by the Court's local rules. Pursuant to Rule 8.1A. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, "[a] *pro se* party shall use the forms established by this court to file an action." The appropriate complaint form is available from the Clerk of the Court or on the Court's website.

The Court also finds that the Complaint is deficient because the Complaint does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the Court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of F.R.Civ.P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "must contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1), which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Hale fails to set forth a short and plain statement of the grounds for the Court's jurisdiction. In other words, Mr. Hale fails to identify the statutory authority that allows the Court to consider the claim or claims he is asserting in this action.

Mr. Hale also fails to provide a short and plain statement of his claim or claims showing that he is entitled to relief. Mr. Hale is advised that, in order to state a claim in

federal court, his amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Mr. Hale fails in the Complaint to identify the specific legal right that he believes has been violated.

Therefore, because the Court has determined that the Complaint is deficient, Mr. Hale will be ordered to file an amended complaint that cures these deficiencies if he wishes to pursue his claim or claims in this action. Accordingly, it is

ORDERED that Mr. Hale file, **within thirty (30) days from the date of this order**, an amended complaint on the proper form that complies with the pleading requirements of F.R.Civ.P. 8 as discussed in this order. It is

FURTHER ORDERED that, if Mr. Hale fails within the time allowed to file an amended complaint that complies with this order to the Court's satisfaction, the action will be dismissed without further notice.

DATED: November __4th__, 2008.

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge