IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01832-CMA-KLM

WILLIAM LONG HALE,

    Plaintiff,

v.

THE GOVERNOR OF THE STATE OF COLORADO,

    Defendant.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE
FOR FAILURE TO COMPLY WITH COURT ORDER**

---

This matter is before the Court on the November 4, 2008 Order Directing Plaintiff to File Amended Complaint (Doc. # 4). Plaintiff filed a *pro se* Complaint on August 27, 2008 (Doc. # 1). Although the Court read Plaintiff's Complaint liberally, it found that Plaintiff's Complaint did not comply with this Court's local rules or Rule 8 of the Federal Rules of Civil Procedure. Thus, the Court ordered Plaintiff to file an Amended Complaint that would comply with the local rules and the Federal Rules within thirty days of the date of the Order. The Court warned Plaintiff that failure to comply may result in dismissal of his lawsuit.

Thirty days have now passed and Plaintiff has failed to file an Amended Complaint or otherwise explain his failure to comply with the Court's November 4, 2008

Order.  Accordingly, in accordance with that Order, this matter is hereby DISMISSED WITHOUT PREJUDICE.

DATED:  December   19th  , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge